**FILED**
JUL 23 2008

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*********************************************************************

| | | |
|---|---|---|
| VIOLA FOTI, | * | CIV 06-4152 |
| Plaintiff, | * | |
| | * | JUDGMENT |
| -vs- | * | |
| ROGER GERLACH,<br>in his individual capacity, | * | |
| Defendant. | * | |

*********************************************************************

This action came before the Court for trial by jury. This issues have been tried and the jury rendered its verdict. Therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that the plaintiff, Viola Foti, recover of the defendant, Roger Gerlach, the sum of $1.00.

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk in favor of the plaintiff and against the defendant.

Dated this 23rd day of July, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
(SEAL)    DEPUTY